# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JUAN CARLOS AYALA ORELLANA,<br><br>Petitioner,<br>v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security; ERIC HOLDER, Attorney General of the United States; SCOTT BANIECKE, Field Office Director, Immigration and Customs Enforcement; BOB KINDER, Freeborn County Sheriff,<br><br>Respondents, | Civil No. 12-1184 (JRT/AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Benjamin Casper, **ATTORNEY AT LAW**, 33 East Wentworth, Suite 360, West St Paul, MN 55118; Bruce Nestor, **DE LEON & NESTOR, LLC,** 3547 Cedar Avenue South, Minneapolis, MN 55407; Colin Peterson, **ROBINS KAPLAN MILLER & CIRESI LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for petitioner.

Gregory Brooker, Erika Mozangue, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415; John Inkeles, **OFFICE OF IMMIGRATION LITIGATION DISTRICT COURT SECTION,** 450 Fifth Street Northwest, Washington, DC 20001, for respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated November 6, 2012. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 9], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that petitioner Juan Carlos Ayala Orellana's Motion to Dismiss is **granted** [Docket No. 8] and the Petition for Writ of Habeas Corpus [Docket No. 1] is **DISMISSED** as moot.

Dated: November 30, 2012            ‗‗‗s/John R. Tunheim‗‗‗‗‗
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                          United States District Judge